FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 AUG 15 PM 3: 20

CLERK B. West
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| HENRY SMITH, JR., | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV607-020 |
| KEN JACKSON, MARCUS WILLIAMS, and GLENNVILLE POLICE DEPARTMENT, | ) |
| Defendants. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The complaint against defendants Ken Jackson and the Glennville Police Department is DISMISSED. The complaint against defendant Marcus Williams may proceed pending further review and screening of the complaint by the Magistrate Judge.

SO ORDERED this 15 day of August, 2007.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA