# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| HENRY SMITH, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV607-020 |
| MARCUS WILLIAMS, | ) ) | |
| Defendant. | ) ) | |

## REPORT AND RECOMMENDATION

Before the Court is plaintiff Henry Smith's motion for summary judgment. (Doc. 30.) Smith moved for summary judgment on January 28, 2008, over one month before defendant was served with process. Defendant executed his waiver of service of summons on March 5, 2008 (Doc. 40) and filed his answer on May 5, 2008 (Doc. 41). The Court has not yet entered a scheduling order in this case, and discovery has yet to commence. As the motion was filed before defendant appeared in this case and before discovery even commenced, it is simply premature. Consequently, Smith's motion for summary judgment should be **DENIED** with leave to reassert

it at an appropriate time.

**SO REPORTED AND RECOMMENDED** this 15th day of May, 2008.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA